No. 129, Orig. VIRGINIA *v.* MARYLAND. Motion for appointment of a Special Master granted. It is ordered that Ralph I. Lancaster, Jr., Esq., of Portland, Me., be appointed as Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his reports, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct. [For earlier order herein, see 530 U. S. 1201.]

No. 99–1571. TRAFFIX DEVICES, INC. *v.* MARKETING DISPLAYS, INC. C. A. 6th Cir. [Certiorari granted, 530 U. S. 1260.] Motion of the parties for leave to file Volume II of the Joint Appendix under seal granted.

No. 00–62. CSU, L. L. C. *v.* XEROX CORP. C. A. Fed. Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–5560. COLLIER *v.* ILLINOIS DEPARTMENT OF HUMAN RIGHTS. C. A. 7th Cir.;
No. 00–5608. DAVIDIAN *v.* O'MARA ET AL. C. A. 6th Cir.;
No. 00–5615. RAY *v.* HOUSTON COMMUNITY COLLEGE. C. A. 5th Cir.;
No. 00–5733. DO-NGUYEN *v.* CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir.; and
No. 00–5964. WEAVER *v.* SCHOOL BOARD OF LEON COUNTY, FLORIDA. Sup. Ct. Fla. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 31, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.